IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Walker, Taron A

Printed: 11/04/08

Case Number: 08 B 14862
Judge: Goldgar, A. Benjamin
Filed: 6/10/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 23, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 984.46 |  |
| Secured: |  | 818.20 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 102.16 |
| Trustee Fee: |  | 64.10 |
| Other Funds: |  | 0.00 |
| Totals: | 984.46 | 984.46 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Gleason & Gleason | Administrative | 3,500.00 | 102.16 |
| 2. | Valer Enterprises | Secured | 1,400.00 | 0.00 |
| 3. | National Auto Finance Inc | Secured | 10,000.00 | 818.20 |
| 4. | Peoples Energy Corp | Unsecured | 74.58 | 0.00 |
| 5. | United States Dept Of Education | Unsecured | 8,113.13 | 0.00 |
| 6. | CitiFinancial Auto Credit Inc | Unsecured | 1,162.24 | 0.00 |
| 7. | Southwest Gas | Unsecured | 21.60 | 0.00 |
| 8. | National Auto Finance Inc | Unsecured | 317.81 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 40.05 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 40.05 | 0.00 |
| 11. | Cashback | Unsecured |  | No Claim Filed |
| 12. | Check City | Unsecured |  | No Claim Filed |
| 13. | Credit Collections Services | Unsecured |  | No Claim Filed |
| 14. | Pioneer Pediatrics | Unsecured |  | No Claim Filed |
| 15. | The Olen Company | Unsecured |  | No Claim Filed |
| 16. | Pay Day Loan Store Of Illinois | Unsecured |  | No Claim Filed |
| 17. | Synergetic Communication | Unsecured |  | No Claim Filed |
|  |  |  | $ 24,669.46 | $ 920.36 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 56.88 |
| 6.6% | 7.22 |
|  | $ 64.10 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Walker, Taron A | Case Number:  08 B 14862 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 11/04/08 | Filed:  6/10/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

